No. 5529.—Vincenty, aplte., *v.* La Junta de Síndicos de la Universidad de Puerto Rico, Etc., aplda.—C. D. San Juan.     Abril 7, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Texidor.)

Por cuanto, en este caso se ha pedido por la apelada la desestimación de la apelación por no haberse presentado por la apelante, en término, su alegato;

Por cuanto, aparece de autos que la parte apelante ra-

dicó la transcripción de autos, y luego pidió varias prórrogas para alegato, siendo la última una de treinta días que venció el 6 de marzo de 1931;

Por cuanto, aparece también que el alegato del apelante fué presentado en la secretaría de esta corte el 10 de marzo de 1931;

Por cuanto, el apelante en oposición a la moción desestimatoria ha justificado que el 6 de marzo último se encontraba enfermo; y por otra parte, no nos parece que haya sido negligente;

Por cuanto, examinado el alegato las cuestiones en él presentadas merecen discusión;

Por tanto, en ejercicio de nuestra discreción, se deniega la moción de la apelada para desestimar la apelación.